IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | Case No. ____________ |
| COLBY WAKIZA YOUNG BIRD | Violations: 18 U.S.C. §§ 2242(2)(A), 2242(2)(B), and 1153 |

**Sexual Abuse**

The Grand Jury Charges:

On or about October 7, 2017, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

COLBY WAKIZA YOUNG BIRD,

an Indian, did knowingly engage in and attempt to engage in a sexual act, namely, contact between the penis and the vulva, with another person, specifically, S.L, an adult female, who was, as the defendant knew, at that time: 1) incapable of appraising the nature of the conduct; and 2) physically incapable of declining participation in, and communicating her unwillingness to engage in, that sexual act;

In violation of Title 18, United States Code, Sections 2242(2)(A), 2242(2)(B), and 1153.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney
JJO:tla